```
             IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF IOWA
                       WESTERN DIVISION
```

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | |
| Plaintiff, | **No. 07-CR-4050-DEO** |
| vs. | |
| **FERNANDO ARIAS-GONZALES**, | **ORDER** |
| Defendant. | |

This matter comes before the Court on the Defendant's pro se Motion to Reduce Sentence, Docket No. 68.

## I.  BACKGROUND

On August 23, 2007, the Defendant was indicted on one count related to the distribution of methamphetamine. Docket No. 1.  On November 15, 2007, a jury found him guilty. Docket No. 22.  On June 13, 2008, the Court sentenced Mr. Arias-Gonzales to 300 months incarceration. Docket No. 38.  The Defendant appealed, and the 8th Circuit affirmed his conviction on December 15, 2009. Docket No. 58.

Mr. Arias-Gonzales filed the present pro se Motion on May 20, 2014.  Docket No. 68.

## II.  ANALYSIS

In his Motion for a Sentence Reduction, Mr. Arias-Gonzales requests the Court modify his sentence, pursuant to

18 U.S.C. § 3582(c)(2), based on the proposed 2014 sentencing guideline changes. However, the proposed changes to the sentencing guidelines do not take effect until November 1, 2014.[1] Accordingly, Mr. Arias-Gonzales' Motion is premature and must be denied.

**III. CONCLUSION**

For the reasons set out above, the Defendant's pro se Motion, Docket No. 68, is denied. However, this denial is without prejudice and Mr. Arias-Gonzales may refile his Motion after the new sentencing guidelines take effect in November.

**IT IS SO ORDERED** this 22nd day of May, 2014.

_____
Donald E. O'Brien, Senior Judge
United States District Court
Northern District of Iowa

---

[1] Additionally, the Sentencing Commission has yet to formally say if the new guidelines will be retroactive.